UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:07-CR-10 |
| | ) | |
| JAMES WILLIAM RUSSELL | ) | |

## **O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge. The defendant has filed no objections to this report.

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 100], it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that the motion to dismiss adopted by the defendant is **DENIED.** [Doc. 48].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE